# *IN THE UNITED STATES DISTRICT COURT*
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

PAMBRA'S LLC                                                                           PLAINTIFF(S)

VS.                          Case No.  4:14CV00349  SWW

DR. LEONARD'S HEALTHCARE CORP                                        DEFENDANT(S)

### ORDER

The Clerk is directed to reassign the above styled case, currently assigned to the docket of Judge Susan Webber Wright, due to her senior status.

IT IS SO ORDERED this 10th day of July 2014.

                                  AT THE DIRECTION OF THE COURT
                                  JAMES W. McCORMACK, CLERK

                                  BY:  /s/ Cecilia Norwood
                                        Courtroom Deputy to
                                        U.S. District Judge Susan Webber Wright